AO 91 (Rev. 11/11) Criminal Complaint

AUSA Kartik K. Raman (312) 469-6026

**FILED**

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**SEP 02 2016**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

DANIEL GONZALEZ-MUNGUIA,
  also known as "Alejandro Vasquez"

CASE NUMBER **16CR 561**

**UNDER SEAL**

MAGISTRATE JUDGE COX

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about May 24, 2016, at Batavia, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant, DANIEL GONZALEZ-MUNGUIA, violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 963 | attempt to knowingly and intentionally import into the United States from a place outside the United States, namely, Mexico, a controlled substance, namely, a quantity of pentobarbital, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1) |

This criminal complaint is based upon these facts:

  __X__  Continued on the attached sheet.

DANIEL NUGENT
Special Agent
Homeland Security Investigations (HSI)

Sworn to before me and signed in my presence.

Date:  September 2, 2016

*Judge's signature*

City and state: Chicago, Illinois

SUSAN E. COX, U.S. Magistrate Judge
*Printed name and Title*

UNITED STATES DISTRICT COURT     )
                                  )

NORTHERN DISTRICT OF ILLINOIS    )

## AFFIDAVIT

I, DANIEL NUGENT, being duly sworn, state as follows:

## I.    INTRODUCTION

1.     I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, and have been so employed for approximately seven years. Prior to my employment with HSI, I served as a United States Customs and Border Protection Officer from approximately 2003 through 2008.

2.     I am currently assigned to the HSI O'Hare International Airport office and conduct investigations relating to violations of federal narcotics laws, including Title 21, United States Code, Sections 841, 843, 846 and 952, and federal money laundering offenses, including Title 18, United States Code, Sections 1956 and 1957. In conducting these investigations, I have used a variety of investigative techniques and resources, including, but not limited to, search warrants, visual surveillance, electronic surveillance, and the debriefing of defendants, witnesses, informants, and others who have knowledge of the distribution of controlled substances. Through these investigations, my training and experience, and conversations with other special agents and law enforcement personnel, I have become familiar with methods used by drug traffickers to safeguard their narcotics, to distribute narcotics, and to collect and launder narcotics-related proceeds. I have also received training in narcotics investigations, money laundering, financial investigations, and various methods which drug dealers use in an effort to conceal and launder the proceeds of their illicit drug trafficking enterprises. I have participated in numerous investigations involving violations of narcotics laws.

3.      This affidavit is submitted for the limited purpose of establishing probable cause that on or about May 24, 2016, at Batavia, in the Northern District of Illinois, Eastern Division, and elsewhere, DANIEL GONZALEZ-MUNGUIA did attempt to knowingly and intentionally import into the United States from a place outside the United States, namely, Mexico, a controlled substance, namely, a quantity of pentobarbital, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1); all in violation of Title 21, United States Code, Section 963.

4.      The statements in this affidavit are based on: my personal knowledge; information received from other law enforcement agents and persons with knowledge regarding relevant facts, including Individual A; documents produced by various entities pursuant to subpoenas; search warrants executed on a Yahoo! email account and several Gmail email accounts; CBP and United States State Department database information; fingerprint examinations and drug testing conducted by the CBP Laboratory; my experience and training; and the experience of other agents. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.

## II.     FACTS ESTABLISHING PROBABLE CAUSE

### A.      Relevant Background

5.      Since approximately March 16, 2016, HSI has been conducting an investigation concerning the importation from Mexico into the United States of controlled substances that can be used to commit suicide, including pentobarbital. The investigation began when CBP Officers at the United Parcel Service hub in Louisville, Kentucky intercepted a parcel originating from Mexico that was declared as "2 mexican crafts." Pursuant to border search authority, the parcel was x-rayed and then opened. Inside, CBP officers founds two pre-packaged, 100 milliliter

2

medicine bottles, each labelled as "*pisabental pentobarbital sodico*," which in English means "pentobarbital sodium" sold under the trade name "Pisabental." The parcel also contained approximately 20 tablets of a drug labeled as "*metoclopramida*," which Internet research indicated was Spanish for metoclopramide, an anti-nausea medication. Upon closer examination of the two bottles and online review of photographs of similarly packaged products, CBP officers determined that each bottle contained pentobarbital. The CBP Laboratory later tested the liquids in each bottle, and the liquids were found to contain pentobarbital in a propylene glycol solution.

6.     On March 17, 2016, CBP Officers informed me that the parcel was destined to an individual ("Individual A") at the address of a residential suites hotel in Libertyville, Illinois. It was determined through open source database programs that Individual A resided in Lake Villa, Illinois and was a licensed pharmacist in the State of Wisconsin.

7.     On March 18, 2016, law enforcement officers located a vehicle at the Libertyville hotel that was registered to Individual A. According to hotel representatives, Individual A was staying at the hotel.

8.     On March 18, 2016, I contacted the Lake County Sheriff's Office to determine if they had contact with Individual A over the past month. The Sheriff's Office said that they had taken him for a psychological evaluation on March 3, 2016, conducted a wellbeing check at his home on March 4, 2016, and served an order of protection from his wife on March 5, 2016.

**B.     Interview of Individual A**

9.     On March 18, 2016, other law enforcement officers and I went to the hotel room where Individual A was residing, knocked at the door, and identified ourselves to Individual A while displaying our official government credentials and badges. Individual A permitted us to enter his hotel room and agreed to be interviewed.

10. During his interview, Individual A stated that his wife had told him that she wanted a divorce sometime in early March 2016. Individual A stated that, upon receiving the news, he became despondent and agreed to voluntarily check himself into a nearby hospital for a psychological evaluation. Individual A said that he was discharged after being evaluated. Individual A also stated that sometime around March 5, 2016, police officers served him with an order of protection obtained by his wife. Individual A explained that he then went to reside at the Libertyville hotel.

11. Individual A stated that upon being told that his wife wanted a divorce, he fell into a deep state of depression and began to contemplate committing suicide. Individual A stated that he paid for an online manual concerning suicide which he described as essentially a "how to guide on committing suicide." Individual A stated that this manual contained a Yahoo! email address for an individual who could provide drugs to assist readers who wanted to kill themselves.

12. Individual A stated that sometime in early March 2016, he sent an email to the Yahoo! Account inquiring about a drug named "Nembutal." Individual A explained that Nembutal was the brand name for pentobarbital. Individual A, who confirmed that he is a licensed pharmacist, stated that he was aware that pentobarbital is a Schedule II controlled substance and that it was illegal to import the drug into the United States and illegal to possess the drug without a prescription.

13. Individual A further recounted that he ordered two vials of pentobarbital and some anti-nausea pills by emailing his order to the Yahoo! Account. Individual A stated that he ordered the pentobarbital with the intent to use that controlled substance to commit suicide. Thereafter, Individual A stated, he received an email from the Yahoo! Account containing instructions on how to pay for the pentobarbital. Individual A stated that the email sent back from the Yahoo! Account

4

provided him with a name and instructions to wire money to Mexico in order to obtain the pentobarbital. Individual A stated that he then used Western Union to wire approximately $644 to the individual in Mexico. Individual A stated that after the money had been collected in Mexico, he received an email from the Yahoo! Account that provided a tracking number for the parcel containing the pentobarbital. Following the voluntary interview, Individual A said that he was no longer suicidal and was seeing a counselor.

14. Individual A voluntarily showed law enforcement his email communications with the Yahoo! Account, which included several communications between Individual A and the holder of the Yahoo! Account concerning Individual A's importation of the controlled substance that was recovered from the parcel sent to Individual A from Mexico. For example, on March 5, 2016, the Yahoo! Account sent Individual A an email that stated the following:

> PISABENTAL TM (PISA laboratories, Mexico) is the brand name of the product known as Nembutal. Each bottle contains 100ml and 6.5 grams of sodium pentobarbital. The bottle is completely sealed at the top with aluminum and protected with a blue plastic cap, is manufactured by PISA laboratories and its purity is guaranteed.

The email continued:

> Now, I have another option available, called Dolethal, this product is the same as Pisabental (commonly known as Nembutal). While a Pisabental bottle contained 6.5 grams of sodium pentobarbital, a single bottle of Dolethal contains 20 grams; *this is enough to reliably get a peaceful exit for two people.* This form of the liquid is dyed for safety.

(emphasis added).

15. Additionally, on or about March 5, 2016, the Yahoo! Account sent Individual A another email that instructed:

> If you want to get your product faster there is the EMS (Express Mail Service) also operated by the traditional post offices. This service costs $80 U.S. and also with this purchase you are buying an insurance which in case you don't receive your product or [it] gets seized I will refund… 80% of the amount you payed [sic]."

The email also instructed:

> *The product is drinkable, not injectable despite it says injectable in the bottle, remember that this product is made for animals mainly.* Take 2 pills each 12 hours before the day you are planning to drink the product, then 2 more pills half hour before, mix the content in orange juice or even an alcoholic drink and drink all at once. The effect takes 20 minutes to 30 minutes and you will feel sleepy, this is the only effect you will feel in your body. *Please erase all emails between you and me and dispose the bottles at a safe place.*

(emphasis added).

16. Furthermore, on or about March 7, 2016, the Yahoo! Account sent Individual A another email with the following instructions to pay for the desired controlled substance:

> You need to go to a Western Union or MoneyGram office of even a bank who has a partnership with these companies (As far as I know it can be done online too in some countries at their website). Make deposit 640 USD (2 bottles + pills + Fedex) to this person's name:
>
> First Name: VIRGINIA
>
> Paternal last name: BERRA
>
> Maternal last name: ROMANI
>
> Or just VIRGINIA on the name and BERRA ROMANI on the last name (in that order please).

The email identified Berra Romani's city of residence as "Puebla;" state of residence as "Puebla;" and country of residence as "Mexico."

17. According Individual A's emails, on March 14, 2016, the Yahoo! Account sent Individual A an email with a UPS tracking number that matched the tracking number on the parcel that was seized by CBP Officers in Louisville, Kentucky, on March 16, 2016.

   **C.    The Search of the Yahoo! Account**

18. Pursuant to search warrants, Yahoo! produced email records for the Yahoo! Account. According to Yahoo! records, the Yahoo! Account is subscribed to "Alejandro Vasquez"

and was registered on October 20, 2013. According to IP address information provided by Yahoo! and open source information, on or about February 1, 2016, and again on or about on or about March 21, 2016, the Yahoo! Account was accessed by a user utilizing an IP address located in Puebla, Mexico.

### The Identity of the Yahoo! Account User

19.     During my review of the Yahoo! Account, I found email evidence indicating that the purported user of the Yahoo! Account, Alejandro Vasquez, is DANIEL GONZALEZ-MUNGUIA. For example, I identified an email string dated August 25, 2015, between Individual E and the Yahoo! Account user. The email correspondence concerns the refund of money sent from the Yahoo! Account user to Individual E. In the email, the Yahoo! Account user stated, "Hello [Individual E], I just made a Western Union transfer to you. The MTCN is 5023812995 and the person who made deposit was DANIEL GONZALEZ MUNGUIA from PUEBLA MEXICO…"

20.     During my review of the Yahoo! Account, I also identified a March 30, 2016, email between the Yahoo! Account user and Individual F concerning the refund of money to Individual F. In the email, the Yahoo! Account user wrote: "Hello [Individual F], the money was sent by Western Union, the person who sent the money is named Daniel Gonzalez Munguia and the MTCN number is 410-8000-163. I am attaching a picture of the receipt, I sent the 80% of the amount you payed [sic] and you will get +/- 598.25 CAD due to WU charges. Please let me know if you get the money." The email then contained a photographed picture of a Western Union receipt listing the name of the remitter as DANIEL GONZALEZ-MUNGUIA.

### Other Distributions of Controlled Substances

21.     Furthermore, the contents of the Yahoo! Account shows that the account has been

7

used to facilitate the sale and distribution of pentobarbital and other controlled substances to individuals located in the United States and elsewhere, for the express purpose of enabling people to commit suicide. Additionally, law enforcement located numerous emails with pictures of pentobarbital and mail parcels that appear to have been shipped out of Mexico to individuals located throughout the world, including the United States. After reviewing the account contents, law enforcement in the United States and several foreign countries conducted numerous well-being checks and recovered pentobarbital from several individuals who admitted to being despondent and ordering the suicide drug online and contacting the email address supplied. When interviewed, several purchasers told authorities that they had been directed by the user of the Yahoo! Account to use international money transfer services like PayPal or Western Union to send funds to Mexico in order to purchase pentobarbital. Records from PayPal, Western Union, and MoneyGram were subpoenaed, and these records show that the suicide drug purchasers wired money to GONZALEZ-MUNGUIA and several others located in Mexico after the purchasers ordered the illegal drugs from the Yahoo! Account user.

22.     Numerous emails in the Yahoo! Account also include communication between individuals who purchased pentobarbital and were later found deceased. Through the course of this investigation, HSI has been able to identify a large number of drug purchases made from the Yahoo! user. I have worked with other HSI offices, local police departments, and medical examiner offices to identify individuals who bought and then ingested pentobarbital distributed by the Yahoo! Account user. Some representative cases are set forth below.

### Individual C's Purchase of Controlled Substances

23.     In one email, Individual C, a 29-year-old resident of La Mesa, California, wrote the Yahoo! Account on or about March 27, 2016, asking, "Hi how much would it be for three

8

bottles (of pentobarbital)?" A day later, the Yahoo! user sent a price list back to Individual C. On or about March 28, 2016, Individual C wrote, "I'd like to purchase the 3 bottles for $700 of pisabental. Where should I make the Western Union order to?" The Yahoo! Account user replied with an email instructing Individual C to wire $700 to DANIEL GONZALEZ-MUNGUIA. On or about April 6, 2016, Individual C sent an email to the Yahoo! Account asking that the shipment be sent in Individual C's name to a location in La Mesa, California.

24.    Western Union records indicate that, on April 7, 2016, Individual C wired $800 to GONZALEZ-MUNGUIA, who picked up the money at a currency exchange located in Puebla, Mexico, on April 8, 2016, after presenting two forms of identification and giving 1983 as his year of birth.

25.    HSI agents in San Diego, California learned that Individual C was found deceased in a hotel room in La Mesa, California on or about April 22, 2016. The cause of death remains under investigation. However, a consent search of Individual C's home recovered a handwritten note bearing the name DANIEL GONZALEZ-MUNGUIA and a blank Western Union form.

### *Individual D's Purchase of Controlled Substances*

26.    Another email in the Yahoo! Account indicates that Individual D, a 52-year-old resident of Boulder, Colorado, sent an email to the Yahoo! user on or about June 5, 2015, that read: "Dear Alejandro, I would like to order 3 bottles of pisabental (6.3 gm) to ship to me in the state of Colorado (USA). Or at the very least 2 bottles. I can pay using PayPal. Thank you." On or about June 6, 2015, the Yahoo! user replied to Individual D with instructions to wire money to DANIEL GONZALEZ-MUNGUIA. On or about June 9, 2015, the Yahoo! user sent Individual D another email with a tracking number for the shipped parcel. On or about June 19, 2015, Individual D sent an email to the Yahoo! Account that read: "Thank you, arrived today in good shape, much faster

than I anticipated. I will now delete all communication with you and God bless you."

27.     Western Union records indicate that, on June 8, 2015, Individual D wired $720 to GONZALEZ-MUNGUIA, who picked up the money at a currency exchange located in Puebla, Mexico on June 9, 2015, after presenting two forms of identification and giving 1983 as his year of birth.

28.     A Boulder Police report indicates that, on or about July 2, 2015, Boulder Police found Individual D deceased in a residence. The police report also recounts that, on or about November 3, 2015, the Boulder County Coroner's Office ruled that Individual D committed suicide and found the cause of death to be an overdose of pentobarbital.

### *Individual T's Purchase of Controlled Substances*

29.     Another email in the Yahoo! Account indicates that Individual T, a 26-year-old resident of Mount Prospect, Illinois, wrote the Yahoo! user on or about August 28, 2015, asking "Hello, I was thinking about purchasing the product. I was wondering how much I will need for my body weight? Do you think one bottle would be enough to kill me? Or should I be safe and order two? Thanks in advance." That same day, Yahoo! user responded, "For people who weigh less than 60 kilos 1 bottle should do the job… two bottles for the rest of the people and in some cases, for persons who weigh more than 120 kilos is better to have 3 bottles." A few days later, Individual T emailed an order for pentobarbital. The emails indicate that, after successfully wiring money as instructed, Individual T was provided with another email from the Yahoo! Account showing a photograph of the parcel containing the pentobarbital.

30.     Western Union records shows that Individual T wired $558 to a currency exchange located in Puebla, Mexico on September 1, 2015, and that an individual later picked up the money at a currency exchange in Puebla, Mexico.

10

31. A Mount Prospect police report indicates that Individual T was found deceased on the evening of December 2, 2015, with a suicide note located near the body. According to the Cook County Medical Examiner, Individual T died as a result of pentobarbital toxicity.

### Individual V's Purchase of Controlled Substances

32. Another email in the Yahoo! Account indicates that Individual V, a 54-year-old resident of Chicago, Illinois, wrote on or about May 26, 2015, "I am looking for information to obtain Pisabental for shipment to Chicago, IL USA." As the email chain continued, the Yahoo! user instructed Individual V to wire payment to DANIEL GONZALEZ-MUNGUIA of Puebla, Mexico.

33. Western Union records show that Individual V wired $558 to DANIEL GONZALEZ-MUNGUIA on May 28, 2015, who picked up the funds at a currency exchange in Puebla, Mexico, on May 29, 2015, after showing two forms of identification and giving 1983 as his year of birth.

34. On or about April 18, 2016, I spoke to a relative of Individual V, who reported that Individual V had committed suicide on or about August 11, 2015.

35. According to the Cook County Medical Examiner, Individual V appeared to have written "oral ne[m]butal" in permanent marker on his left forearm sometime before his death. The Medical Examiner concluded that death was caused by combined pentobarbital and alprazolam drug toxicity, and the manner of death was determined to be suicide.

### D. Undercover Purchase of Pentobarbital

36. On or about April 26, 2016, I contacted the Yahoo! Account in an effort to make an undercover purchase of pentobarbital. On or about April 27, 2016, I received a response from the Yahoo! Account user that stated that "an email was sent from an encrypted address." I then

received another email from a Hushmail Account, also associated with the name "Alejandro Vasquez," which stated in part, "please try to create an encrypted email account for safety reasons." Included in the Hushmail email was a description of the pentobarbital that was for sale, the shipping options, and a price list for the Schedule II controlled substance.

37. On or about April 27, 2016, while continuing to act in an undercover capacity, I wrote to the Hushmail Account, "Thanks Alejandro. I am trying to get a safe-mail account but it appears to be somewhat of a process. Will you not accept orders without it coming from a secure email address?"

38. On or about April 28, 2016, the Hushmail Account replied, "I accept orders, the encrypted address is just a precaution." On or about April 28, 2016, while acting undercover, I responded back, "Excellent, so one bottle of pisa, anti emetic and shipping with the photo of the package would be $400 correct? I would like to pay via PayPal if I can. Please let me know what else I need to do."

39. In response, later on or about April 28, 2016, the Hushmail Account user informed me that I could make payment for the pentobarbital by using the PayPal link found at a website that offered purported vacation/timeshare rentals in Mexico:

> …thank you for your confidence in buying from me. Here are the instructions of how to make payment with Paypal.
>
> Please visit this website: [Website 1]
>
> There you will find a webpage created by me where some houses are for rent in Playa del Carmen near to Cancun at the Riviera Maya. Just play along with me and chose a house and next to it you can find the payment options.
>
> In your case please is the option "deposit 4 for 400 USD"
>
> Then, leave a comment on the webpage and that is it.

Or if you'd prefer I can send the invoice directly from my account.
Thank you again

This is to not look suspicious with Paypal and as a favor please leave a comment, just play a long about renting a house, this is to not me looking suspicious with Paypal.

40.     On or about May 4, 2016, acting in a undercover capacity, I wrote back to the Hushmail Account and stated: "I am sending the $400 for the one bottle of pisa and the pills today. I would also like to have the picture of the parcel before you sent it if you don't mind." I then provided an address in Batavia, Illinois, to which the parcel was to be delivered. Within approximately one-half hour, the Hushmail Account sent a response advising that "The package will be sent tomorrow Thursday, the package will look like the picture I am attaching from a package I sent hours earlier today. Once sent, I'll come with an email with tracking details. Thank you again." Attached to this email was a photo, Erica.JPG, that depicted a package that appeared to be sent from Mexico to another person who had made a purchase from the user of the Hushmail Account.

41.     On or about May 4, 2016, acting in an undercover capacity, I went to the website that was described in the April 28, 2016, Hushmail Account email. At that time, I used PayPal to transfer approximately $400 buy money for the controlled purchase of one bottle of pentobarbital and anti-nausea medication. I thereafter sent an email to the Hushmail Account stating, "Thanks Alejandro, just wanted to make sure that the money got to you via paypal. Let me know if there are any problems." After some time, I received a receipt from PayPal indicating that the PayPal merchant for the transaction had a Gmail email address ("Gmail Account 1"). As discussed, below, I later obtained search warrants for several Gmail accounts, including Gmail Account 1.

42.     On or about May 5, 2016, I received an email from a Protonmail email account

13

associated with the name "Alejandro Vasquez," which stated, "Hello [undercover identity], I was about to send your package today but I forgot that today is the 5 de Mayo festivity and Post offices are closed; can you wait until tomorrow? Regards." Based on my training and experience, I know that Protonmail is a Swiss email provider that advertises itself as a secure, encrypted email provider. Based on internet research, I know that *Cinco de Mayo* is a holiday in Mexico that occurs on May 5 and that post offices in Mexico remain closed in observance of that holiday.

43. On or about May 6, 2016, I received an email from the Protonmail Account that provided me with a photograph of the parcel as well as a tracking number. The email concluded by stating: "PS- There is a fake invoice or bill is in the box, in case you need it; says you are buying collectibles and the declared value is 5USD".

44. On or about May 11, 2016, I responded to the Protonmail Account, "Hi Alejandro, It's showing that it is still in Mexico….how long does it usually take? I need this stuff. Thanks [undercover identity]." Later that day I received an email from the Protonmail Account that explained, "Hello [undercover identity], remember it takes from 15 to 20 days to arrive."

45. On or about May 23, 2016, I was informed that the parcel associated with my May 4, 2016 undercover PayPal purchase of one bottle of pentobarbital had been received at an undercover law enforcement P.O. Box located in Batavia, Illinois, after clearing Customs.

46. On or about May 24, 2016, I retrieved the mail parcel and observed that the contents of the parcel had been declared as "hot wheels collectible car toy." Through my training and experience, I am aware that drug traffickers often provide false or misleading information on customs declarations in an effort to smuggle their drugs into the United States. I then opened the parcel and recovered what appeared to be one bottle of "Pisabental" brand pentobarbital contained in a "Pisabental" brand box and 20 tablets of "circulan" brand metoclopramide. The CBP

14

Laboratory later tested the liquid in the bottle, and the liquid was found to contain pentobarbital in a propylene glycol solution.

47.     The packaging, the bottle, and the pills received during the undercover purchase were submitted to the CBP Forensic Laboratory for latent fingerprint recovery and examination. For comparison, the CBP Forensic Laboratory used the known fingerprints of DANIEL GONZALEZ-MUNGUIA that were submitted when he applied for a United States visa in 2013. According to the CBP Forensic Laboratory, DANIEL GONZALEZ-MUNGUIA's fingerprints were recovered on the outside of the "Pisabental" brand box that was located inside of the parcel that I had received, and GONZALEZ-MUNGUIA's fingerprints were also recovered on a piece of tape located on the outside of the shipping parcel, as well as on a shipping document that was located underneath packing tape on the parcel.

### E.     The Searches of the Google Accounts

48.     As the above-described undercover purchase was conducted, I continued to review the Yahoo! Account and identified additional emails in which pentobarbital purchasers discussed their use of PayPal to purchase controlled substances from the Yahoo! user.  One such email concerned a purchaser located in the Madison, Wisconsin area, who forwarded a PayPal receipt showing that he had paid $750 on April 13, 2015, to PayPal Merchant Alejandro Vasquez, who used Gmail Account 1 in connection with the PayPal transaction.  According to a Shorewood Hills, Wisconsin Police report, the purchaser, a 42-year-old man, was found deceased in his Madison, Wisconsin home on April 27, 2015, along with two bottles of pentobarbital and suspected anti-nausea medication.

49.     After I identified Gmail Account 1 and a second Gmail account ("Gmail Account 2") as email accounts being used to conduct PayPal transactions consistent with purchases of

pentobarbital, I received search warrants for both Gmail accounts. Thereafter, on or about May 23, 2016, I received additional search warrants for several more Gmail accounts being used to conduct suspicious PayPal transactions, including the account munguiadaniel@gmail.com (Gmail Account 3). After Google produced email records, I reviewed emails in several of these Gmail accounts and determined that these accounts have also been utilized for the purpose of using PayPal and other methods to collect proceeds from suspected pentobarbital sales worldwide.

50.     For example, Google records indicate that Gmail Account 3 is registered to "Daniel Gonzalez." During my review of Gmail Account 3, I located a May 6, 2016 email, sent from the account munguiadaniel@icloud.com to Gmail Account 3, which contained a photograph that appeared to be the same photograph of the parcel that I received during my undercover purchase of pentobarbital. I also located a number of emails that contained similar photographs of mail parcels suspected of containing pentobarbital. Moreover, Gmail Account 3 also contained a number of emails that showed pictures of "Pisabental" brand pentobarbital, which is the brand name of the product shipped to Individual A, as well as another brand name of pentobarbital.

51.     Additionally, I also found a May 13, 2016 email that was contained in Gmail Account 3 with an attachment named "key.pdf". The attachment contained user name information as well as what appeared to be passwords for several bank, PayPal, and email accounts, including the Yahoo! Account, Gmail Account 3, the Protonmail Account, and the Hushmail Account, as well as webmail login information for Website 1, which I used to make the undercover purchase of pentobarbital.

52.     Further, emails in Gmail Account 3 also confirm that the user of the account is DANIEL GONZALEZ-MUNGUIA. For example, in Gmail Account 3, I observed emails that contained photographs of an individual that I have since identified as DANIEL GONZALEZ-

16

MUNGUIA by comparing the email photographs to the known photographs of DANIEL GONZALEZ-MUNGUIA that were submitted respectively for his 2002 and 2013 United States visa applications. Numerous emails sent and received in Gmail Account 3 identified the sender as DANIEL GONZALEZ-MUNGUIA. Also, according to State Department database records, DANIEL GONZALEZ-MUNGUIA listed Gmail Account 3 as a contact email address in his 2013 United States visa application.

**F.    Western Union Records**

53.    Western Union records were subpoenaed because several emails in the Yahoo! Account mentioned that Western Union was a form of payment that could be used to purchase pentobarbital. According to Western Union records, individuals associated with the suspected sale of pentobarbital have collected approximately $206,927 using this method of payment. For example, Western Union records show that, during the period spanning from July 10, 2013 through April 7, 2016, approximately 69 individuals worldwide wired a total of approximately $41,230 to DANIEL GONZALEZ-MUNGUIA. The records indicate that GONZALEZ-MUNGUIA presented two forms of identification when picking up the money and also provided a date of birth indicating that he was born in November 1983. A number of times, GONZALEZ-MUNGUIA provided Western Union with the same home address in Puebla, Mexico. The Western Union records further indicate that, on at least four separate occasions, Western Union documented one of GONZALEZ-MUNGUIA's identity documents as "GOMD831104", and I have determined that the Mexican National Registration for DANIEL GONZALEZ-MUNGUIA lists his assigned the document number as GOMD831104HPLNNN00 and shows a date of birth in November 1983.

54.    Besides GONZALEZ-MUNGUIA, the Western Union records further show that, since 2015, at least eight other individuals who are believed to reside in and around Puebla,

17

Mexico, have collected thousands of dollars in funds through transactions orchestrated by GONZALEZ-MUNGUIA using the Yahoo! Account and other email addresses.

### G.    PayPal Records

55.    PayPal records also show similar transactions involving funds transfers to GONZALEZ-MUNGUIA and others located in Mexico.  Through my training and experience, I am aware that individuals can associate a PayPal account to a specific email address.  According to PayPal records, various Gmail accounts associated with GONZALEZ-MUNGUIA appear to have collected at least $322,406 in payments believed to be related to pentobarbital purchases.

56.    Additional IP address login and logout information from PayPal indicates that all of the PayPal accounts are associated to one another through the use of the same IP addresses.  Also, one PayPal account is subscribed to GONZALEZ-MUNGUIA, born in November 1983, with street addresses in Mexico, including two in Puebla, Mexico.

## III.    CONCLUSION

57.    Based on the foregoing, I respectfully submit that there is probable cause to believe that DANIEL GONZALEZ-MUNGUIA committed the crime alleged in the criminal complaint.

FURTHER AFFIANT SAYETH NOT.

_____
Daniel B. Nugent
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me
on this 2 day of September, 2016.

_____
Honorable SUSAN E. COX
United States Magistrate Judge

18