# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

               Plaintiff,

v.

Daniel Gonzalez–Munguia

               Defendant.

Case No.: 1:16–cr–00561

Honorable Sara L. Ellis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 2, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: by Daniel Gonzalez–Munguia. Video hearing held on October 1, 2025. Government's motion to reset October 6, 2025, sentencing date [81] is denied for the reasons stated on the record. Emailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.